IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER BLESSING, CODY GIOVANNAGELO, FABIAN GIOVANNAGELO, NICO GIOVANNAGELO and RYAN JONES, <br>    Plaintiffs, <br><br> v. <br><br> CITY OF LATROBE, LATROBE VOLUNTEER FIRE DEPARTMENT, JOHN BRASILE, FIRE CHIEF and CHUCK McDOWELL, JR., FIRE DEPARTMENT PRESIDENT, <br>    Defendants. | ) CIVIL DIVISION <br> ) <br> ) No. 2:20-cv-1212 <br> ) <br> ) <br> ) <br> ) *Electronically Filed* <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### FOURTH MONTHLY STATUS REPORT OF DEFENSE COUNSEL

By Order dated June 16, 2022, the Court has stayed this case, pending developments regarding representation of the Plaintiffs following the untimely death of their previous attorney. The Court has also directed defense counsel to provide a status report by the last day of each month. By its Order dated September 1, 2022, the Court has further directed that an additional status report is due by September 30, 2022.

On September 29, 2022, defense counsel spoke by telephone with Attorney Dennis Charles of the Charles Law Office. Attorney Charles stated that he has been retained to represent the Plaintiffs in this case, but that he is unable to enter his appearance until securing admission to practice before the U.S. District Court for the Western District of Pennsylvania. He intends to have another attorney move for his admission to this Honorable Court, whereupon he will enter his appearance on behalf of the Plaintiffs in this matter. Due to other matters which he has been required to undertake due to the passing of Attorney Frederick Charles, in addition to

pre-existing obligations from his own, personal practice Attorney Dennis Charles advised that this process may take at least thirty (30) days.

Respectfully submitted,

*s/ Scott G. Dunlop*  
Scott G. Dunlop, Esquire  
*Counsel for Defendant City of Latrobe*

*s/ Bruce E. Rende*  
Bruce E. Rende, Esquire  
*Counsel for Defendants Latrobe Volunteer Fire Department, John Brasile and Chuck McDowell, Jr.*

LEGAL/148853767.v1