IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER BLESSING, CODY GIOVANNAGELO, FABIAN GIOVANNAGELO, NICO GIOVANNAGELO, and RYAN JONES, <br><br>    Plaintiffs, <br><br>  v. <br><br>CITY OF LATROBE, LATROBE VOLUNTEER FIRE DEPARTMENT, JOHN BRASILE, FIRE CHIEF and CHUCK McDOWELL, JR., FIRE DEPARTMENT PRESIDENT, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>No. 2:20-cv-1212-WSH |

## **ORDER**

AND NOW, this 21st day of February 2023, the Court having been advised by counsel that the above-captioned case has been resolved and that the only matter remaining is the submission of a Stipulation of Dismissal under Fed. R. Civ. P. 41(a), and it appearing that there is no further action required by the Court at this time;

IT IS HEREBY ORDERED that the Clerk mark the above-captioned case closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and; that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if this Order had not been entered, and;

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period prior to dismissal, including, but not limited to, enforcing settlement.

/s/ *W. Scott Hardy*
W. Scott Hardy
United States District Judge

cc/ecf: All Counsel of Record